# LAW OFFICE OF WILLIAM WALDNER

469 Seventh Avenue  NY STATE AND FEDERAL COURTS
Twelfth FLOOR
NEW YORK, NY 10018
TEL: 212.244.2882  INFO@MIDTOWNBANKRUPTCY.COM
FAX: 212.999.6694  WWW.MIDTOWNBANKRUPTCY.COM

August 1, 2024

Re: Dema Abboud
Chapter 7 case #24-22475

**<u>HEARING ADJOURNED TO 2:00PM</u>**

Please be advised that all matters scheduled to be heard on August 6, 2024 at 10:00AM in front of Judge Sean H. Lane are adjourned to August 6, 2024 at 2:00PM.

Regards,

<u>/S/ William Waldner</u>
William Waldner, Esq.