R3M Law, LLP
6 East 43rd Street, 21st Floor
New York, NY 10017
646.453.7851
Howard P. Magaliff
William C. Buzzini

*Attorneys for Howard P, Magaliff, Trustee*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
---------------------------------------------------------------x
In re:                                    :
                                          :   Chapter 7
DEMA ABBOUD,                              :   Case No. 24-22475 (SHL)
                                          :
                        Debtor.           :
---------------------------------------------------------------x
```

## OBJECTION TO THE DEBTOR'S MOTION TO
## CONVERT CASE FROM CHAPTER 7 TO CHAPTER 13

Howard P. Magaliff (the "Trustee"), the chapter 7 trustee of Dema Abboud (the "Debtor"), by his attorneys R3M Law, LLP respectfully submits this objection to the Debtor's *Motion to Convert Case From Chapter 7 to Chapter 13* (the "Motion"), and states:

1.      The Debtor filed a voluntary petition for relief under chapter 7 of the United States Bankruptcy Code on May 29, 2024 (the "Filing Date").  The Trustee was appointed as the chapter 7 interim trustee of the Debtor's estate.  There has been no meeting of creditors held.

2.      According to the Debtor's Schedules, the Debtor has $152,557.28 in unsecured claims.  The Debtor also has $500 in income, which her father contributes to her, and $1,460 in expenses.  [ECF doc 1, pp. 8, 35].

3.      On July 8, 2024, the Trustee's attorney emailed the Debtor's counsel regarding information the Trustee required prior to the first meeting of creditors, which was to be

held on July 12. Among those requests, the Trustee asked why the Debtor's transfer of 677 Kimble Avenue, Yonkers, NY (the "Property") was not listed on the Debtor's Schedules, and also requested copies of the closing documents and breakdown of the financial distribution of the proceeds. On June 9, the Debtor's counsel ignored the Trustee's requests, and instead asked for an adjournment of the meeting of creditors. To date, the Debtor's counsel has not responded to the Trustee's attorneys' inquiries and a meeting of the creditors has not been held. A copy of the email exchange is attached as Exhibit 1.

4.      On July 16, 2024, the Debtor filed an Amended Statement of Financial Affairs ("SOFA") [ECF doc 9]. The only item the Debtor amended in her SOFA was her transfer of the Property to her brother, Jaad Abboud, and the date of the Property's transfer (the "Transfer"). The Debtor failed to provide any further details regarding the Transfer, such as the value of the Property, value received, or debts paid in exchange, as required by the Statement of Financial Affairs form. The deed conveying the Property states that the Debtor received no consideration for the Transfer. According to an estimate found on Realtor.com, the Property is currently worth around $1,000,000. A copy of the Realtor.com estimate and the deed referenced in the Amended SOFA are attached as Exhibit 2.

5.      Contemporaneous with the amended SOFA, the Debtor filed the Motion.

**LEGAL STANDARD**

6.      Under 11 U.S.C. § 706(d), a case may not be converted to a case under another chapter under the Bankruptcy Code unless the debtor may properly be a debtor under such chapter. *Marrama v. Citizens Bank*, 549 U.S. 365, 372–74 (2007). Accordingly, a debtor whose case would be dismissed for cause under the alternative chapter is ineligible to convert its case from chapter 7 to a case under that chapter. *Id.* Additionally, in order to be a debtor under

Chapter 13, the debtor must have income that is sufficiently stable and regular to enable it to make payments under a Chapter 13 plan. *Taneja v. Preuss (In re Taneja)*, 789 F. App'x 907, 909 (2d Cir. 2019), quoting 11 U.S.C. §§ 101(30), 109(e).

7.     Courts look to the debtor's net income after subtracting out the debtor's expenses when determining whether the income is sufficient to make payments under a Chapter 13 plan. *See, e.g.*, *In re Aguirre*, No. 23-03639-CL7, 2024 Bankr. LEXIS 1646, at *6–7 (Bankr. S.D. Cal. July 15, 2024); *In re Gonzalez*, No. 2:15-bk-25283-RK, 2016 Bankr. LEXIS 2646, at *2 (Bankr. C.D. Cal. July 19, 2016); *In re Schmidt*, No. 04-24766, 2006 Bankr. LEXIS 29, at *15-17 (Bankr. D. Kan. Jan. 4, 2006). Social Security income is not considered when determining whether a debtor's income is sufficiently stable and regular to make payments under a Chapter 13 plan. *Santiago-Monteverde v. Pereira (In re Santiago-Monteverde)*, 512 B.R. 432, 439–41 (S.D.N.Y. 2014). Gratuitous payments by family members also do not generally constitute "sufficiently stable and regular income" for a debtor to qualify to file bankruptcy under Chapter 13. *Ansin v. Ansin (In re Ansin)*, 659 B.R. 715, 726 (B.A.P. 1st Cir. 2024) (collecting cases); *Santiago-Monteverde*, 512 B.R. at 442 (same). Where a debtor does not provide any additional information in its motion to convert that evidences that the debtor qualifies as a debtor under chapter 13, courts look to the debtor's existing schedules. *Ansin*, 659 B.R. at 725, citing *In re Culp*, 681 F. App'x 140, 143 (3d Cir. 2017).

8.     In determining whether there is cause to dismiss a chapter 13 case or deny conversion from chapter 7 to chapter 13 on the basis of bad faith, courts have considered:

> (i) whether the debtor is seeking to convert to chapter 13 in good faith (including a review of facts such as the timing of the motion to convert; the debtor's motive in filing the motion; and whether the debtor has been forthcoming with the bankruptcy court and creditors); (ii) whether the debtor can propose a confirmable chapter 13 plan; (iii) the impact on the debtor of denying conversion

weighed against the prejudice to creditors caused by allowing conversion; (iv) the effect of conversion on the efficient administration of the bankruptcy estate; and (v) whether conversion would further an abuse of the bankruptcy process.

*Santiago-Monteverde*, 512 B.R. at 444 (collecting cases); *In re 2021 Grand Corp.*, No. 17-12516 (MG), 2017 Bankr. LEXIS 3936, at *4–5 (Bankr. S.D.N.Y. Nov. 16, 2017).

9. The timing of a debtor's motion to convert coupled with little change in the debtor's financial condition – other than assets the debtor initially failed to disclose – evidences a debtor's bad faith in filing the motion, warranting dismissal. *In re Kerivan*, No. 09-14581 (AJG), 2010 Bankr. LEXIS 1981, at *10–13 (Bankr. S.D.N.Y. June 15, 2010).

10. Courts also consider whether the creditors would be better off if the case remained a liquidating chapter 7 case as opposed to a repayment plan under chapter 13. *Id.* at *13–14 (collecting cases).

11. Pursuant to Section 105(a) of the Bankruptcy Code, courts have also considered the futility of conversion to another chapter as grounds to deny a motion to convert from Chapter 7 to another chapter. *Aguirre*, 2024 Bankr. LEXIS 1646, at *7 (collecting cases); *see also Marrama*, 549 U.S. at 375 (noting that 11 U.S.C. § 105(a) is adequate authority to deny a motion to convert under §706 "that merely postpones the allowance of equivalent relief and *may provide a debtor with an opportunity* to take action prejudicial to creditors.") (emphasis added).

12. A debtor bears the burden of proof that it qualifies to be a debtor under the chapter to which it seeks to convert its case. *In re Culp*, 681 F. App'x 140, 142–43 (3d Cir. 2017) (placing burden of proof on the debtor to demonstrate that it had regular income under 11 U.S.C. §§ 101(30), 109(e) to qualify for conversion under 11 U.S.C. § 706(d)); *In re Negosh*, No. 06-CV-5617(JS), 2007 U.S. Dist. LEXIS 61842, at *10–14 (E.D.N.Y. Aug. 22, 2007) (same). Courts have placed the burden of proof on the objector to a motion to convert only

where the grounds for the objection is the existence of cause disqualifying the debtor from being a debtor under that chapter.  *See, e.g.*, *In re FMO Assocs. II, LLC*, 402 B.R. 546, 551 (Bankr. E.D.N.Y. 2009) (placing burden of proof upon movant that conversion should be denied where the objection was based on "cause" to dismiss the chapter 13 case).

## ARGUMENT

### A.    The Debtor Does Not Does Not Have Stable and Regular Income to Make Payments Under a Chapter 13 Plan

13.    The Debtor's Schedules indicate that this Court should not convert the case to chapter 13 because the Debtor's income is only $500[1], whereas the Debtor's expenses are $1,460, leaving her with no disposable income to make payments under a plan.  *See, e.g.*, *Aguirre*, 2024 Bankr. LEXIS 1646, at *6–7.  Moreover, the Debtor's only source of income is money from her father, and there is no evidence that the Debtor's father is interested in funding her plan of repayment to permit a finding that this support is sufficiently stable and regular for the Debtor to make payments under a Chapter 13 plan.  *Santiago-Monteverde*, 512 B.R. at 442.  Accordingly, the Debtor has not satisfied her burden to show that she qualifies to be a debtor under Chapter 13.  *Culp*, 681 F. App'x at 142–43.

### B.    The Debtor Has Evidenced Bad Faith Warranting Denial of Conversion

14.    The Debtor filed her Motion to convert the case eight days after the Trustee's attorneys alerted the Debtor to their knowledge of the undisclosed Transfer.  Considering that (a) the Debtor's amended SOFA indicates no change in the Debtor's financial condition, (b) the Debtor concealed a substantial fraudulent conveyance to her brother within two years

---

[1]    The Debtor's Schedules indicate that the Debtor received $10,000.00 in Social Security benefits from January 1 until the Filing Date.  However, the Debtor did not include any part of that figure as part of her income.  [ECF doc 1, pp. 8, 35, 40].  Regardless, Social Security income is not considered when determining whether a debtor can make payments under a plan of repayment.  *Santiago-Monteverde*, 512 B.R. at 439-41

prior to the Filing Date, and (c) the Debtor failed to provide pertinent information regarding the Transfer and the Trustee's other requests, the only reasonable inference is that the Motion was filed in bad faith to avoid the outcome of the Trustee's investigation into the Debtor's financial affairs. *See Kerivan*, 2010 Bankr. LEXIS 1981, at *10–13 (inferring motion to convert case was filed in bad faith to avoid the trustee's pursuit of an undisclosed asset based on the timing of the motion combined with minimal change in the debtor's financial position).

**C.**     <u>**Conversion of the Debtor's Case Would Be Prejudicial to Creditors**</u>

        15.      In addition to the bad faith exhibited by the Debtor, the Debtor's creditors would be disadvantaged by conversion of the case to chapter 13. Specifically, under chapter 7, the Trustee could recover the Debtor's interest in the Property and liquidate that interest for the benefit of the creditors, as opposed to relying on potential repayment plan under chapter 13. Indeed, the value of the Debtor's interest in the Property she transferred exceeds her $152,557.28 in unsecured claims. Upon recovery of the Transfer, the Trustee can sell the Property and pay the Debtor's creditors in full. Accordingly, converting the case to chapter 13 would be prejudicial to creditors, weighing in favor of denying the Debtor's Motion. *Id.* at 13–14.

**D.**     **Conversion Would Be Futile Because**
        **the Debtor Cannot Make Payments Under A Plan**

        16.      As previous noted, the Debtor's expenses far exceed her father's support, leaving the Debtor with no ability to propose a repayment plan under Chapter 13. Accordingly, the Debtor's motion to convert her case should be denied because of the conversion's futility, particularly considering that such conversion may afford the Debtor the opportunity to hide assets from her creditors. *See Santiago-Monteverde*, 512 B.R. at 444 (noting futility of conversion supports denying conversion where there is bad faith); *Aguirre*, 2024 Bankr. LEXIS 1646, at *7 (holding the conversion futility constitutes an independent ground to deny conversion pursuant to

11 U.S.C. § 105(a)); *Marrama*, 549 U.S. at 375 (noting that 11 U.S.C. § 105(a) permits a court to deny conversion where the court could reconvert the case to chapter 7 and the debtor may take action that is prejudicial to creditors if the case is converted temporarily).

17. Accordingly, the Trustee respectfully requests that the Motion be denied.

Dated: New York, New York
      August 5, 2024

R3M LAW, LLP
Attorneys for the Trustee
By:

/s/ Howard P. Magaliff
HOWARD P. MAGALIFF
6 East 43rd Street, 21st Floor
New York, NY 10017
646.453.7851
*hmagaliff@r3mlaw.com*

7

# **EXHIBIT 1**

**Subject**: Re: Dema Abboud - 24-22475
**From**: William Waldner <willwaldner@gmail.com>
**To**: Heymi Colon <HColon@r3mlaw.com>
**Cc**: "documents+magaliff@txitrustee.com" <documents+magaliff@txitrustee.com>
**Date Sent**: Tuesday, July 9, 2024 10:13:06 AM GMT-07:00
**Date Received**: Tuesday, July 9, 2024 10:13:32 AM GMT-07:00

Hello Heymi,

Hope you are well.

I am at a family reunion in Italy and would like to request an adjournment.

Please let me know if your office will consent to one.

Regards,

William
William Waldner, Esq.
469 Seventh Avenue
Twelfth Floor
New York, New York 10018
Office: 212.244.2882
Fax:    212.999.6694
info@midtownbankruptcy.com
www.midtownbankruptcy.com

THIS MESSAGE IS PRIVILEGED AND CONFIDENTIAL
ATTORNEY-CLIENT PRIVILEGE- ATTORNEY WORK PRODUCT
This e-mail (including all attachments) is  intended for the exclusive use of the individual to whom it is
addressed. This e-mail may be proprietary, confidential, privileged and exempt from disclosure under applicable
law. If the reader of this e-mail is not the intended recipient or agent responsible for delivering the message to the
intended recipient, the reader is hereby put on notice that any use, dissemination, distribution or copying of this
communication or any of its contents is strictly prohibited. If you have received this communication in error,
please immediately notify the sender by telephone or e-mail and delete the original e-mail and all copies of it
from your computer system. Thank you.

On Mon, Jul 8, 2024 at 7:37 PM Heymi Colon <HColon@r3mlaw.com> wrote:

> Hi William,
>
>
> I just left a message for you at your office. We need the following documents for this debtor in order
> to proceed with this Friday's 341 meeting:
>
>
> (1) 2023 tax returns or declaration of no tax return
>
> (2) declaration re income
>
> (3) bank statements for the last year (including closed bank accounts)

In addition, the debtor did not make any mention of the transfer of real estate on her petition for 677 Kimble Avenue, Yonkers, NY. We need an explanation of this transfer and why it wasn't listed on the debtor's petition as well as copies of the closing documents and breakdown of financial distribution for same.

Please let me know if you have any questions.

Thank you,

Heymi



**R3M LAW, LLP**

**HEYMI K. COLON,** Sr. Litigation & Bankruptcy Paralegal
6 East 43rd Street, 21st Floor ▪ New York, NY 10017
**O** 646.453.7851 ▪ **D** 646.453.7857 ▪ **M** 347.668.5740
**F** 212.913.9642 ▪ hcolon@r3mlaw.com ▪ r3mlaw.com

***Please note our new address.**

# **EXHIBIT 2**


ALL-ELECTRIC
2024 CADILLAC LYRIQ

realtor.com®

Yonkers, NY  ✕

Public View          Owner View



1/1

What's your equity? (It's easy to find ou!

Off Market

6 bed    4 bath    2,862 sqft    4,940 sqft lot

677 Kimball Ave, Yonkers, NY 10704

🏠 Multi family          🔍 1953
   Property type            Year built

📅 $637k in 2004          🪟 2 car
   Last sold                Garage

⬆️ Share this home

✏️ Edit Facts

Street
View

**677 Kimball Ave, Yonkers, NY 10704** • Est. $992,100

6 bed  •  4 bath  •  2,862 sqft  •  4,940 sqft lot

## Estimated value*

# $992,100

**See your offers**

*Estimation is calculated based on tax assessment records, recent sale prices of comparable properties, and other factors.

### Compare agents with **Real**Choice™ Selling, find a trusted expert



**Yara Annechiarico**

At Home With Yara ...  #222222

| 76 | 23 years |
|---|---|
| Sold | Experience |

View proposal



Featured

**MARIA SKAMAN...**

William Raveis- Ne...  #30SK0818276

| 15 | 32 years |
|---|---|
| Sold | Experience |

View proposal

**Browse agents**

Explore agents with no commitment

Valid for **677 Kimball Ave** only. Not yours? Sell a different property

---

**N/A**

Nearby value comparison ⓘ

**$355.1K**

↑ Since last sold in 2004
ⓘ

**N/A**

Median rent for nearby properties ⓘ

---



## Get your home value updates

Claim your home and get an email whenever there's an update to your home value.

**I'm the owner, send me updates**

---

### 🏠 Property Details ⌃

**677 Kimball Ave, Yonkers, NY 10704** • Est. $992,100

**6** bed • **4** bath • **2,862** sqft • **4,940** sqft lot

**Bathrooms**

- Total Bathrooms: 4
- Full Bathrooms: 4

**Interior Features**

- Master Downstairs
- 1st Floor Bedrm
- Eat-in Kitchen
- Entrance Foyer
- Granite Counters
- Pantry
- Flooring: Hardwood

Show more ⌄

Find out more about this property.     Contact agent

**Local Home Services**

Advertisement

**Moving**

Need a Mover? Get Free Moving Quotes and a Cost Estimate

GET MOVING QUOTES

 Real Estimate℠ ⌃

| June 2024 | |
| --- | --- |
| Valuation provider | Estimate |
| CoreLogic® ⓘ | $992,100 |
| Quantarium | $796,588 |

 **677 Kimball Ave, Yonkers, NY 10704** • Est. $992,100

**6** bed • **4** bath • **2,862** sqft • **4,940** sqft lot



**Hide chart summary** ⌃

The following table summarizes the chart by comparing the earliest historic estimate, last year's estimate, and a forecasted projection to this month's current estimate for each valuation provider.

| Provider | Current estimate | Estimate for Jun 2023 | Change Since Jun 2023 |
|----------|------------------|----------------------|----------------------|
| CoreLogic® | $992,100 | $1,192,700 | -17% |
| Quantarium | $796,588 | $725,972 | +9% |

The estimate(s) shown, which come from one or more automated valuation model providers independent of Realtor.com®, represent information that may provide a helpful starting point for discussions with a real estate agent.

Learn about RealEstate℠ data



### Find out how much home equity you can use

If you're looking to fund a home renovation project or a down payment on a new place, the equity in your home could help. Connect with a lender to see if you qualify.

Connect with a lender

Latest home equity rates

Advertising disclosure

---

⌂ **Similar Homes For Sale Near Yonkers, NY** ⌃

677 Kimball Ave, Yonkers, NY 10704 • Est. $992,100
**6** bed • **4** bath • **2,862** sqft • **4,940** sqft lot



**$599,999**

6 bed    1,340 sqft lot

15 Stewart Pl
Yonkers, NY 10701



**$550,000**

6 bed

73 Fairview St
Yonkers, NY 10703



**$799**

5 bed

219 Mary
Yonkers,

›

**Interested in any of these homes?**

Have a local agent show you around.

Contact agent



BE A FORCE FOR GOOD IN YOUR COMMUNITY

APPLY TO

Become a direct suppo

---

## 🔄 Property History ⌃

### Price History

| Date | Event | Price | Price/Sqft | Source |
|------|-------|-------|-----------|--------|
| 01/01/2023 | Listing Removed | $1,149,000 | $401 | OneKeyMLS |
| 08/27/2004 | Sold | $637,000 | $223 | Public Record |
| 07/01/1994 | Sold | $275,000 | $96 | Public Record |

### Tax History

| Year | Taxes | Total assessment | Land | Additions |
|------|-------|------------------|------|-----------|

**677 Kimball Ave, Yonkers, NY 10704** • Est. $992,100

6 bed • 4 bath • 2,862 sqft • 4,940 sqft lot

| Year | Taxes | Total assessment | | Land | | Additions |
|------|-------|------------------|---|------|---|-----------|
| 2021 | $10,218 | $13,052 | = | $3,500 | + | $9,552 |
| 2020 | $10,125 | $13,052 | = | $3,500 | + | $9,552 |
| 2018 | $7,939 | $13,052 | = | $3,500 | + | $9,552 |
| 2017 | $10,239 | $13,052 | = | $3,500 | + | $9,552 |
| 2017 | $10,347 | $13,052 | = | $3,500 | + | $9,552 |

Show more ⌄

## 🖋 Home Inspiration



### Is Peel-and-Stick Wallpaper Actually Better?

Peel-and-stick wallpaper is touted for being cheaper, easier to install, and trendier than its traditional counterpart.

Read More ⬈

## 🎓 Schools

Nearby Schools    Elementary    Middle    High    Private

| Rating* | School name | Grades | Type | Students | Reviews | Distance |
|---------|-------------|--------|------|----------|---------|----------|
| 6 | Rosmarie Ann Siragusa School | K - 6 | Public | 498 | ★★★★☆ 8 reviews | 0.5 mi |

**677 Kimball Ave, Yonkers, NY 10704**  •  Est. $992,100

**6** bed  •  **4** bath  •  **2,862** sqft  •  **4,940** sqft lot

* School data provided by National Center for Education Statistics, Pitney Bowes, and GreatSchools Independent for reference only. GreatSchool Ratings compare a school's test performance to statewide results. To verify enrollment eligibility, contact the school or district directly.

 **Neighborhood**  Noise, Commute

## Facts about 677 Kimball Ave

In the  Kimball neighborhood of Yonkers, NY

Commute time: Add a commute

 Noise level: **Medium** 

This home has a medium noise level for the surrounding area

## Explore Schools, Safety, and Lifestyle around 677 Kimball Ave



**677 Kimball Ave, Yonkers, NY 10704** • **Est. $992,100**

**6** bed • **4** bath • **2,862** sqft • **4,940** sqft lot

| $731,000 | N/A | 64 | $396 |
|---|---|---|---|
| Median listing price | Median sales price | Median days on market | Median price per sqft |

Nearby neighborhoods in Yonkers, NY

| Riverdale | Wakefield | East New York | Canarsie |
|---|---|---|---|
| Median listing: $365,000 | Median listing: $562,500 | Median listing: $549,000 | Median listing: $649,999 |

Ask an agent

Popular searches in Yonkers include: Price reduced , New construction , Virtual tours , Retirement communities , New listings , Single story , Central air , Basement , Swimming pool , Waterfront , Lake view , Garage 1 or more , Garage 2 or more , Garage 3 or more , Big lot , Big yard , Efficient , Fenced yard , Fixer upper , Gated community , Single family homes Yonkers , Condos Yonkers , Townhomes Yonkers , Multi-family homes Yonkers , Lands Yonkers , New constructions Yonkers , Newest listings Yonkers , Recently sold homes Yonkers

## 🏠 Nearby Home Values ⌃

| Address | RealEstimate℠ data | Bed | Bath | Sq Ft | Lot (Sq Ft) |
|---|---|---|---|---|---|
| This Home: 677 Kimball Ave | $992,100 | 6 | 4 | 2862 | 4940 |
| 671 Kimball Ave, Yonkers, NY 10704 | $575,600 | 4 | 2.5 | 1344 | 4673 |
| 685 Kimball Ave, Yonkers, NY 10704 | $697,600 | 3 | 1.5 | 2490 | 7513 |
| 691 Kimball Ave, Yonkers, NY 10704 | $522,800 | 3 | 1.5 | 1176 | 3775 |
| 678 Kimball Ave, Yonkers, NY 10704 | $729,900 | 3 | 1.5 | 1886 | 6314 |

**677 Kimball Ave, Yonkers, NY 10704** • **Est. $992,100**
**6** bed • **4** bath • **2,862** sqft • **4,940** sqft lot

See More ⌄

## 🗺️ Environmental risk ⌃

**Flood Factor**  Minimal  →
This property's flood risk is not changing.

**Fire Factor**  Minimal  →
This property's wildfire risk is not changing.

**Heat Factor**  Major  →
7 days above 99°F this year

**Wind Factor**  Major  →
Major risk of severe winds over next 30 years

**Air Factor**  Moderate  →
Risk of poor air quality is increasing

Provided by First Street Foundation ⓘ

## Learn more about 677 Kimball Ave



**677 Kimball Ave, Yonkers, NY 10704**  •  **Est. $992,100**

**6** bed  •  **4** bath  •  **2,862** sqft  •  **4,940** sqft lot

## Connect with an agent

Full name*

Email*

Phone*

Are you selling or buying?*

**Connect**

By proceeding, you consent to receive calls and texts at the number you provided, including marketing by autodialer and prerecorded and artificial voice, and email, from realtor.com and others about your inquiry and other home-related matters, but not as a condition of any purchase. More...

## Homes Around $992,100



Pending

**$499,000**

**2** bed · **1** bath · **1,421** sqft

7 Nevada Pl
Bronxville, NY 10708



For Sale

**$499,999**

**3** bed · **1** bath · **1,300** sqft

499 N Terrace Ave
Mount Vernon, NY 10552



For Sale

**$500,000**

**3** bed · **1.5** bath

543 N Terrace Ave
Mount Vernon, NY

**677 Kimball Ave, Yonkers, NY 10704** · **Est. $992,100**

**6** bed · **4** bath · **2,862** sqft · **4,940** sqft lot



Sold on June 6, 2024

**$235,000**

**2** bed   **1** bath   **1,080** sqft

55 Halley St Apt 1F
Yonkers, NY 10704



Sold on June 13, 2024

**$235,000**

**2** bed   **1** bath   **925** sqft

575 Bronx River Rd Apt 4J
Yonkers, NY 10704



Sold on February

**$249,900**

**2** bed   **1** bath   **1,**

824 Bronx River Rd
Bronxville, NY 1070

## Nearby Homes with Pools around 10704



New

For Sale

**$549,000**

**2** bed   **3** bath   **1,500** sqft

4 Bronxville Glen Dr Unit 1-11
Bronxville, NY 10708



For Sale

**$200,000**

**1** bed   **1** bath   **760** sqft

52 Yonkers Ter Apt 4M
Yonkers, NY 10704



For Sale

**$785,000**

**3** bed   **3** bath   **1**

23 Bainton St
Yonkers, NY 10704

## Editor's Picks

**677 Kimball Ave, Yonkers, NY 10704**  •  **Est. $992,100**

**6** bed  •  **4** bath  •  **2,862** sqft  •  **4,940** sqft lot

Finance



[U.S. States With No Income Tax Aren't as ...](#)

Sell



[Why Pets Are Popping Up in Listing Photos—but This ...](#)

Trends



[We Salute You: The Top 10 Housing Markets for ...](#)



## Additional Information About 677 Kimball Ave, Yonkers, NY 10704

See 677 Kimball Ave, Yonkers, NY 10704, a multi family home located in the Southeast Yonkers neighborhood. View property details, similar homes, and the nearby school and neighborhood information. Use our heat map to find crime, amenities, and lifestyle data for 677 Kimball Ave.

The property-related information displayed on this page is obtained from public records and other sources.While such information is thought to be reliable, it is not guaranteed and should be independently verified. Properties labeled Not for Sale are classified as such either because we do not have a record of such properties currently being for sale or because we are not permitted, by contract, law, or otherwise, to designate such properties for sale. For the most accurate and up to date status of this or any other property, please contact a REALTOR®.

**Nearby Cities**

New York Homes for Sale

Queens Homes for Sale

Brooklyn Homes for Sale

See More ⌄

**Nearby ZIPs**

10463 Homes for Sale

10583 Homes for Sale

10708 Homes for Sale

See More ⌄

**Nearby Neighborhoods**

Riverdale Homes for Sale

Wakefield Homes for Sale

East New York Homes for Sale

See More ⌄

**677 Kimball Ave, Yonkers, NY 10704** • **Est. $992,100**

**6** bed • **4** bath • **2,862** sqft • **4,940** sqft lot

| About us | Careers | Accessibility | Feedback |
|----------|---------|---------------|----------|
| Media room | Ad Choices | Advertise with us | Agent support |
| Privacy | Terms | Home Made | Tech Blog |
| Agent Blog | Sitemap | Do Not Sell or Share My Personal Information | |

## Get the app

 

© 1995-2024 National Association of REALTORS ® and Move, Inc. All rights reserved.

The Office of the Westchester County Clerk: This page is part of the instrument; the County Clerk will rely on the information provided on this page for purposes of indexing this instrument. To the best of submitter's knowledge, the information contained on this Recording and Endorsement Cover Page is consistent with the information contained in the attached document.



*632483315DED002Z*

# Westchester County Recording & Endorsement Page

## Submitter Information

| | | | |
|---|---|---|---|
| Name: | Law Office of Andrew M. Romano | Phone: | 9149654221 |
| Address 1: | 55 Main Street, 3rd Floor | Fax: | (914) 965-8409 |
| Address 2: | Suite 902 | Email: | aromanolaw@gmail.com |
| City/State/Zip: | Yonkers NY 10701 | Reference for Submitter: | 677 KIMBALL AVE |

## Document Details

| | | |
|---|---|---|
| Control Number: **632483315** | Document Type: **Deed (DED)** | |
| Package ID: 2023090500140001001 | Document Page Count: **3** | Total Page Count: **4** |

## Parties

☐ **Additional Parties on Continuation page**

**1st PARTY** | **2nd PARTY**

1: ABBOUD JAAD M — Individual     1: ABBOUD JAAD M — Individual

2: ABBOUD DEMA — Individual     2:

## Property

☐ **Additional Properties on Continuation page**

| | | |
|---|---|---|
| Street Address: 677 KIMBALL AVENUE | | Tax Designation: 5.-5190-1.2 |
| City/Town: YONKERS | Village: | |

## Cross- References

☐ **Additional Cross-Refs on Continuation page**

1:    2:    3:    4:

## Supporting Documents

1: RP-5217    2: TP-584

## Recording Fees

| | |
|---|---|
| Statutory Recording Fee: | $40.00 |
| Page Fee: | $20.00 |
| Cross-Reference Fee: | $0.00 |
| Mortgage Affidavit Filing Fee: | $0.00 |
| RP-5217 Filing Fee: | $125.00 |
| TP-584 Filing Fee: | $5.00 |
| RPL 291 Notice Fee: | $10.00 |
| Total Recording Fees Paid: | **$200.00** |

## Transfer Taxes

| | |
|---|---|
| Consideration: | $0.00 |
| Transfer Tax: | $0.00 |
| Mansion Tax: | $0.00 |
| Transfer Tax Number: | 3263 |

## Mortgage Taxes

| | |
|---|---|
| Document Date: | |
| Mortgage Amount: | |
| Basic: | $0.00 |
| Westchester: | $0.00 |
| Additional: | $0.00 |
| MTA: | $0.00 |
| Special: | $0.00 |
| Yonkers: | $0.00 |
| Total Mortgage Tax: | **$0.00** |
| Dwelling Type: | Exempt: ☐ |
| Serial #: | |

RECORDED IN THE OFFICE OF THE WESTCHESTER COUNTY CLERK

Recorded: 10/11/2023 at 03:24 PM
Control Number: **632483315**
Witness my hand and official seal

Timothy C.Idoni
Westchester County Clerk

## Record and Return To

☐ Pick-up at County Clerk's office

**Law Office of Andrew M Romano**
**55 Main Street**
**3rd Floor**
**Yonkers , NY 10701**
**Attn: Karly N. Grosz**

CONSULT YOUR LAWYER BEFORE SIGNING THIS INSTRUMENT-THIS INSTRUMENT SHOULD BE USED BY LAWYERS ONLY

THIS INDENTURE, made the 5th day of Septyember , 2023

BETWEEN

Jaad M. Abboud and Dema Abboud, 677 Kimball Avenue, Yonkers, NY 10704

party of the first part, and
Jaad M. Abboud, 677 Kimball Avenue, Yonkers, NY 10704

party of the second part,

**WITNESSETH,** that the party of the first part, in consideration of ZERO***********($0.00)
paid by the party of the second part, does hereby remise, release and quitclaim unto the party of the second part, the heirs or successors and assigns of the party of the second part forever,

**ALL** that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the
BEING the same premises conveyed by deed dated 02/6/23 between Mushref Abboud, Farideh Abboud, husband and wife, Latham abboud, Deema Abbous and Jaad Abboud, Grantors and Jaad M. Abboud and Dema Abboud, Grantees and recorded on 02/13/2023 in the Office of the Clerk, County of Westchester, in Control No. 630373066.

SEE SCHEDULE A ATTACHED HERETO AND MADE APART HEREOF

TOGETHER with all right, title and interest, if any, of the party of the first part in and to any streets and roads abutting the above described premises to the center lines thereof; TOGETHER with the appurtenances and all the estate and rights of the party of the first part in and to said premises; TO HAVE AND TO HOLD the premises herein granted unto the party of the second part, the heirs or successors and assigns of the party of the second part forever.

AND the party of the first part, in compliance with Section 13 of the Lien Law, covenants that the party of the first part will receive the consideration for this conveyance and will hold the right to receive such consideration as a trust fund to be applied first for the purpose of paying the cost of the improvement and will apply the same first to the payment of the cost of the improvement before using any part of the total of the same for any other purpose. The word "party" shall be construed as if it read "parties" whenever the sense of this indenture so requires.

**IN WITNESS WHEREOF,** the party of the first part has duly executed this deed the day and year first above written.

IN PRESENCE OF:

_____

_____
DEMA ABBOUOD

_____
JAAD M ABBOUD

City of Yonkers, County of Westchester and State of New York, known and designated as Lots 10 and 11 in Block C on a certain map entitled "Map of Property belonging to Lawrence Improvement Co., Inc., Yonkers, New York", made by M. Lorini, C.E. February 20, 1924 and filed in the Register's Office of Westchester County, Division of Land Records on June 25, 1924 in Volume 57 of Maps at page 73 and Lots when taken together being bounded and described as follows:

BEGINNING at the corner formed by the intersection of the westerly side of Kimball Avenue and the southerly side of Royal Street;

RUNNING THENCE South 33° 38' 30" West along the westerly side of Kimball Avenue 50 feet;

THENCE North 56° 25' 30" West 100.68 feet;

THENCE North 33° 30' 30" East 49.89 feet to the southerly side of Royal Street;

THENCE South 56§ 29' 30" East along the Southerly side of Royal Street 100 79 feet to the corner aforesaid, THE POINT OR PLACE OF BEGINNING.

This property is also known as 677 KIMBALL AVENUE, YONKERS, NEW YORK 10704

Being and intended to be the same premises conveyed to the Grantors herein by deed datedAugust 22, 2010, recorded July 25, 2011 under Control No: 510963058.

**ACKNOWLEDGEMENT TAKEN IN NEW YORK STATE**

State of New York, County of _Westchester_ , ss:

On the _5th_ day of _September_ in the year _2023_, before me, the undersigned, personally appeared _Jaad M. Abboud & Dema Abboud_ , personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

_____
NOTARY PUBLIC

MARIACRISTINA PATERRA
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01PA6384151
Qualified in Westchester County
Commission Expires December 3, 2026

**ACKNOWLEDGEMENT TAKEN IN NEW YORK STATE**

State of New York, County of , ss:

On the day of in the year , before me, the undersigned, personally appeared ,
personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

_____
NOTARY PUBLIC

**ACKNOWLEDGEMENT BY SUBSCRIBING WITNESS TAKEN IN NEW YORK STATE**

State of New York, County of , ss:

On the day of in the year , before me, the undersigned, a Notary Public in and for said State, personally appeared the subscribing witness to the foregoing instrument, with whom I am personally acquainted, who, being by me duly sworn, did depose and say that he/she/they reside(s) in (if the place of residence is in a city, include the street and street number if any, thereof);that he/she/they know(s)

to be the individual described in and who executed the foregoing instrument; that said subscribing witness was present and saw said
execute the same; and that said witness at the same time subscribed his/her/their name(s) as a witness thereto.

_____
NOTARY PUBLIC

**ACKNOWLEDGEMENT TAKEN OUTSIDE NEW YORK STATE**

State of , County of , ss:

On the day of in the year , before me, the undersigned personally appeared ,
personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), that by his/her/their signature(s) on the instrument, the individual(s) or the person upon behalf of which the individual(s) acted, executed the instrument, and that such individual make such appearance before the undersigned in the

(add the city or political subdivision and the state or country or other place the acknowledgement was taken).

_____
NOTARY PUBLIC

# Quitclaim Deed

**TO**

COUNTY: WESTCHESTER

TOWN/CITY: YONKERS

PROPERTY ADDRESS: 677 KIMBALL AVENUE YONKERS, NY 10704

SECTION: 5.

BLOCK: 5190

LOT: 1.2

**Title Company:**

**Title Number:**

**THIS FORM IS DISTRIBUTED BY**

JUDICIAL TITLE
T: 800-281-TITLE    F: 800-FAX-9396

**RETURN BY MAIL TO:**

The Office of the Westchester County Clerk: This page is part of the instrument; the County Clerk will rely on the information provided on this page for purposes of indexing this instrument. To the best of submitter's knowledge, the information contained on this Recording and Endorsement Cover Page is consistent with the information contained in the attached document.



*630373066DED001Y*

# Westchester County Recording & Endorsement Page

## Submitter Information

| | | | |
|---|---|---|---|
| Name: | Willow Ridge Title Agency, LLC | Phone: | (914) 656-6443 |
| Address 1: | 192 Park Ave | Fax: | (555) 555-5555 |
| Address 2: | | Email: | smurphyesq@gmail.com |
| City/State/Zip: | West Harrison NY 10604 | Reference for Submitter: | 6247559-Willow Ridge Title Agency, LLC |

## Document Details

| | | |
|---|---|---|
| Control Number: **630373066** | Document Type: **Deed (DED)** | |
| Package ID: 20230213000650010000 | Document Page Count: **2** | Total Page Count: **4** |

## Parties

☑ Additional Parties on Continuation page

| 1st PARTY | | 2nd PARTY | |
|---|---|---|---|
| 1: ABBOUD MUSHREF | - Individual | 1: ABBOUD JAAD | - Individual |
| 2: ABBOUD FARIDEH | - Individual | 2: ABBOUD DEMA | - Individual |

## Property

☐ Additional Properties on Continuation page

| | | |
|---|---|---|
| Street Address: 677 KIMBALL | Tax Designation: 5-5190-1 & 2 | |
| City/Town: YONKERS | Village: | |

## Cross- References

☐ Additional Cross-Refs on Continuation page

| | | | |
|---|---|---|---|
| 1: | 2: | 3: | 4: |

## Supporting Documents

1: RP-5217     2: TP-584

## Recording Fees

| | |
|---|---|
| Statutory Recording Fee: | $40.00 |
| Page Fee: | $15.00 |
| Cross-Reference Fee: | $0.00 |
| Mortgage Affidavit Filing Fee: | $0.00 |
| RP-5217 Filing Fee: | $125.00 |
| TP-584 Filing Fee: | $5.00 |
| RPL 291 Notice Fee: | $10.00 |
| Total Recording Fees Paid: | **$195.00** |

## Transfer Taxes

| | |
|---|---|
| Consideration: | $0.00 |
| Transfer Tax: | $0.00 |
| Mansion Tax: | $0.00 |
| Transfer Tax Number: | 8772 |

## Mortgage Taxes

| | |
|---|---|
| Document Date: | |
| Mortgage Amount: | |
| Basic: | $0.00 |
| Westchester: | $0.00 |
| Additional: | $0.00 |
| MTA: | $0.00 |
| Special: | $0.00 |
| Yonkers: | $0.00 |
| Total Mortgage Tax: | **$0.00** |

Dwelling Type:     Exempt: ☐

Serial #:

## RECORDED IN THE OFFICE OF THE WESTCHESTER COUNTY CLERK

| | |
|---|---|
| Recorded: | 02/13/2023 at 10:54 AM |
| Control Number: | **630373066** |

Witness my hand and official seal

*Timothy C.Idoni*
Westchester County Clerk

## Record and Return To

☑ Pick-up at County Clerk's office

**SHEILA A. MURPHY**
**192 PARK AVENUE**

**WEST HARRISON, NY 10604**
**Attn: SHEILA MURPHY**

The Office of the Westchester County Clerk: This page is part of the instrument; the County Clerk will rely on the information provided on this page for purposes of indexing this instrument. To the best of submitter's knowledge, the information contained on this Recording and Endorsement Cover Page is consistent with the information contained in the attached document.

*630373066DED001Y*

# Westchester County Recording & Endorsement Page

## Document Details

Control Number: **630373066**

Document Type: **Deed (DED)**

Package ID: 2023021300065001000

Document Page Count: 2

Total Page Count: 4

| 1st PARTY Addendum | | 2nd PARTY Addendum |
|---|---|---|
| ABBOUD LATHAM | Individual | |
| ABBOUD JAAD | Individual | |
| ABBOUD DEMA | Individual | |

CONSULT YOUR LAWYER BEFORE SIGNING THIS INSTRUMENT—THIS INSTRUMENT SHOULD BE USED BY LAWYERS ONLY

---

**THIS INDENTURE,** made the  6th  day of February, in the year 2023

**BETWEEN MUSHREF ABBOUD and FARIDEH ABBOUD,** as husband and wife, LATHAM ABBOUD, DEMA ABBOUD, AND JAAD ABBOUD, all residing at 677 Kimball Avenue, Yonkers, New York 10704,

party of the first part, and DEMA ABBOUD, AND JAAD ABBOUD, all residing at 677 Kimball Avenue, New York 10704

party of the second part,

**WITNESSETH,** that the party of the first part, in consideration of

TEN ($10.00) dollars

paid by the party of the second part, does hereby grant and release unto the party of the second part, the heirs or successors and assigns of the party of the second part forever,

ALL that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the City of Yonkers, County of Westchester and State of New York, known and designated as Lots 10 and 11 in Block C on a certain map entitled "Map of Property belonging to Lawrence Improvement Co., Inc., Yonkers, New York", made by M. Lorini, C.E. February 20, 1924 and filed in the Register's Office of Westchester County, Division of Land Records on June 25, 1924 in Volume 57 of Maps at page 73 and Lots when taken together being bounded and described as follows:

BEGINNING at the corner formed by the intersection of the westerly side of Kimball Avenue and the southerly side of Royal Street;

RUNNING THENCE South 33° 38' 30" West along the westerly side of Kimball Avenue 50 feet;

THENCE North 56° 25' 30" West 100.68 feet;

THENCE North 33° 30' 30" East 49.89 feet to the southerly side of Royal Street;

THENCE South 56§ 29' 30" East along the Southerly side of Royal Street 100.79 feet to the corner aforesaid, THE POINT OR PLACE OF BEGINNING.

This property is also known as 677 KIMBALL AVENUE, YONKERS, NEW YORK 10704

Being  and  intended to be the same premises conveyed to the Grantors herein by deed datedAugust 22, 2010, recorded July 25, 2011 under Control No: 510963058.

TOGETHER with all right, title and interest, if any, of the party of the first part in and to any streets and roads abutting the above described premises to the center lines thereof; TOGETHER with the appurtenances and all the estate and rights of the party of the first part in and to said premises; TO HAVE AND TO HOLD the premises herein granted unto the party of the second part, the heirs or successors and assigns of the party of the second part forever.

AND the party of the first part covenants that the party of the first part has not done or suffered anything whereby the said premises have been encumbered in any way whatever, except as aforesaid.

AND the party of the first part, in compliance with Section 13 of the Lien Law, covenants that the party of the first part will receive the consideration for this conveyance and will hold the right to receive such consideration as a trust fund to be applied first for the purpose of paying the cost of the improvement and will apply the same first to the payment of the cost of the improvement before using any part of the total of the same for any other purpose. The word "party" shall be construed as if it read "parties" whenever the sense of this indenture so requires.

**IN WITNESS WHEREOF,** the party of the first part has duly executed this deed the day and year first above written.

IN PRESENCE OF:

_____
MUSHREF ABBOUD

_____
FARIDEH ABBOUD

_____
LATHAM ABBOUD

_____
DEMA ABBOUD

_____
JAAD ABBOUD

**ACKNOWLEDGEMENT TAKEN IN NEW YORK STATE**

State of New York, County of WESTCHESTER, ss:

On the 6TH day of FEBRUARY in the year 2023, before me, the undersigned, personally appeared MUSHREF ABBOUD, FARIDEH ABBOUD, LATHAM ABBOUD, and JAAD ABBOUD

, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

SHEILA A. MURPHY
NOTARY PUBLIC, STATE OF NEW YORK
NO:02MU6336794
Qualified in Westchester County
Commission Expires February 8, 20

**ACKNOWLEDGEMENT BY SUBSCRIBING WITNESS TAKEN IN NEW YORK STATE**

State of New York, County of , ss:

On the day of in the year , before me, the undersigned, a Notary Public in and for said State, personally appeared , the subscribing witness to the foregoing instrument, with whom I am personally acquainted, who, being by me duly sworn, did depose and say that he/she/they reside(s) in

(if the place of residence is in a city, include the street and street number if any, thereof), that he/she/they know(s)

to be the individual described in and who executed the foregoing instrument; that said subscribing witness was present and saw said

execute the same; and that said witness at the same time subscribed his/her/their name(s) as a witness thereto

---

**ACKNOWLEDGEMENT TAKEN IN NEW YORK STATE**

State of New York, County of N'Y, ss:

On the 6 day of FEBRUARY in the year 2023, before me, the undersigned, personally appeared DEMA ABBOUD

, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument

DIANA MURIEL
Notary Public - State of New York
NO. 01MU6331764
Qualified in Bronx County
My Commission Expires Oct 19, 2023

**ACKNOWLEDGEMENT TAKEN OUTSIDE NEW YORK STATE**

*State of New York, County of New York, ss:
*(Or insert District of Columbia, Territory, Possession or Foreign County)

On the 6 day of Feb in the year 23 , before me Diana Muriel the undersigned personally appeared Dema ABBoud

Personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), that by his/her/their signature(s) on the instrument, the individual(s) or the person upon behalf of which the individual(s) acted, executed the instrument, and that such individual make such appearance before the undersigned in the

(add the city or political subdivision and the state or country or other place the acknowledgement was taken)

---

# Bargain and Sale Deed
# With Covenants

Title No. NA-

ABBOUD
TO
ABBOUD

SECTION 5

BLOCK 5190

LOT 1 & 2

COUNTY OR TOWN YONKERS

**DISTRIBUTED BY**

YOUR TITLE EXPERTS
**The Judicial Title Insurance Agency LLC**
**800-281-TITLE (8485) FAX: 800-FAX-9396**

**RETURN BY MAIL TO:**

SHEILA A. MURPHY, ESQ
THE MURPHY LAW GROUP, PC
2900 WESTCHESTER AVENUE
SUITE 405
PURCHASE, NEW YORK 10577

The Office of the Westchester County Clerk: This page is part of the instrument; the County Clerk will rely on the information provided on this page for purposes of indexing this instrument. To the best of submitter's knowledge, the information contained on this Recording and Endorsement Cover Page is consistent with the information contained in the attached document.



*510963058DED0021*

# Westchester County Recording & Endorsement Page

## Submitter Information

| | | | |
|---|---|---|---|
| Name: | Greenlight Title Agency | Phone: | 914-428-4111 |
| Address 1: | 399 Knollwood Road | Fax: | 914-428-4141 |
| Address 2: | Suite 203 | Email: | joseph@greenlighttitle.com |
| City/State/Zip: | White Plains NY 10541 | Reference for Submitter: | abboud |

## Document Details

| | | |
|---|---|---|
| Control Number: **510963058** | Document Type: **Deed (DED)** | |
| Package ID: 2011040600030001002 | Document Page Count: **2** | Total Page Count: **4** |

## Parties

☑ Additional Parties on Continuation page

| **1st PARTY** | | **2nd PARTY** | |
|---|---|---|---|
| 1: ABBOUD MUSHREF | - Individual | 1: ABBOUD MUSHREF | - Individual |
| 2: ABBOUD FARIDEH | - Individual | 2: ABBOUD FARIDEH | - Individual |

## Property

☐ Additional Properties on Continuation page

| | |
|---|---|
| Street Address: 677 KIMBALL AVENUE | Tax Designation: 5-5190-1 & 2 |
| City/Town: YONKERS | Village: |

## Cross- References

☐ Additional Cross-Refs on Continuation page

| | | | |
|---|---|---|---|
| 1: | 2: | 3: | 4: |

## Supporting Documents

1: RP-5217    2: TP-584

## Recording Fees

| | |
|---|---|
| Statutory Recording Fee: | $40.00 |
| Page Fee: | $15.00 |
| Cross-Reference Fee: | $0.00 |
| Mortgage Affidavit Filing Fee: | $0.00 |
| RP-5217 Filing Fee: | $125.00 |
| TP-584 Filing Fee: | $5.00 |
| Total Recording Fees Paid: | **$185.00** |

## Mortgage Taxes

| | |
|---|---|
| Document Date: | |
| Mortgage Amount: | |
| Basic: | $0.00 |
| Westchester: | $0.00 |
| Additional: | $0.00 |
| MTA: | $0.00 |
| Special: | $0.00 |
| Yonkers: | $0.00 |
| Total Mortgage Tax: | **$0.00** |

Dwelling Type:                    Exempt: ☐

Serial #:

## Transfer Taxes

| | |
|---|---|
| Consideration: | $0.00 |
| Transfer Tax: | $0.00 |
| Mansion Tax: | $0.00 |
| Transfer Tax Number: | 31648 |

RECORDED IN THE OFFICE OF THE WESTCHESTER COUNTY CLERK

Recorded:          07/25/2011 at 05:13 PM

Control Number:   **510963058**

Witness my hand and official seal

Timothy C.Idoni
Westchester County Clerk

## Record and Return To

☑ Pick-up at County Clerk's office

**Greenlight Title Agency, LLC**
**399 Knollwood Road, Suite 203**

**White Plains, NY 10603**

The Office of the Westchester County Clerk: This page is part of the instrument; the County Clerk will rely on the information provided on this page for purposes of indexing this instrument. To the best of submitter's knowledge, the information contained on this Recording and Endorsement Cover Page is consistent with the information contained in the attached document.

*510963058DED0021*

# Westchester County Recording & Endorsement Page

## Document Details

| | | |
|---|---|---|
| Control Number: **510963058** | Document Type: **Deed (DED)** | |
| Package ID: 2011040600030001002 | Document Page Count: 2 | Total Page Count: 4 |

| **1st PARTY Addendum** | **2nd PARTY Addendum** | |
|---|---|---|
| | ABBOUD LATHAM | Individual |
| | ABBOUD DEMA | Individual |
| | ABBOUD JAAD | Individual |

CONSULT YOUR LAWYER BEFORE SIGNING THIS INSTRUMENT—THIS INSTRUMENT SHOULD BE USED BY LAWYERS ONLY.

**THIS INDENTURE,** made the 22nd day of August in the year 2010

**BETWEEN**
MUSHSREF ABBOUD AND FARIDEH ABBOUD, as Husband and Wife, both residing at 677 Kimball Avenue, Yonkers, New York

party of the first part, and MUSHREF ABBOUD and FARIDEH ABBOUD, as Husband and Wife and LATHAM ABBOUD, DEMA ABBOUD and JAAD ABBOUD all residing at 677 Kimball Avenue, Yonkers, New York

party of the second part,

**WITNESSETH,** that the party of the first part, in consideration of Ten Dollars and other valuable consideration paid by the party of the second part, does hereby remise, release and quitclaim unto the party of the second part, the heirs or successors and assigns of the party of the second part forever,

**ALL** that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the City of Yonkes, County of Westcchester and State of New York, known and designated as Lot Nos. 10 and 11 in Block C on a certain mape ntitled "Map of Property beloning to Lawrence Improvement Co., Inc., Yonkers, New YOrk", made by M. Lorini, C.E. February 20, 1924 and filed in the Register's Office of Westchester County, Division of Land Records on June 25, 1924 in Volumwe 57 of Maps at Page 73 and lots when taken together being bounded and described as follows:

BEGINNING at the corner formed by the intersection of the westerly side of Kimball Avenue and the southerly side of Royal Street;

RUNNING THENCE South 33 Degrees 38 feet 30 inches West along the westerly side of Kimball Avenue 50 feet;

THENCE North 56 degrees 25 feet 30 inches West 100.68 feet;

THENCE North 33 degrees 30 feet 30 inches East 49.89 feet to the southerly side of Royal Street;

THENCE South 56 degrees 29 feet 30 inches East along the souterly side of Royal Street 100.79 feet to the corner aforesaid, the point or place of BEGINNING.

**TOGETHER** with all right, title and interest, if any, of the party of the first part of, in and to any streets and roads abutting the above-described premises to the center lines thereof; TOGETHER with the appurtenances and all the estate and rights of the party of the first part in and to said premises; TO HAVE AND TO HOLD the premises herein granted unto the party of the second part, the heirs or successors and assigns of the party of the second part forever.

**AND** the party of the first part, in compliance with Section 13 of the Lien Law, covenants that the party of the first part will receive the consideration for this conveyance and will hold the right to receive such consideration as a trust fund to be applied first for the purpose of paying the cost of the improvement and will apply the same first to the payment of the cost of the improvement before using any part of the total of the same for any other purpose.

The word "party" shall be construed as if it read "parties" whenever the sense of this indenture so requires.

**IN WITNESS WHEREOF,** the party of the first part has duly executed this deed the day and year first above written.

IN PRESENCE OF:

_____
MUSHSREF ABBOUD

_____
FARIDEH ABBOUD

**ACKNOWLEDGEMENT TAKEN IN NEW YORK STATE**

State of New York, County of WESTCHESTER, ss:

On the 22nd day of August in the year 2011, before me, the undersigned, personally appeared MUSHREF ABBOUD AND FARIDEH ABBOUD

, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

ESTELLE H. BRILL
Notary Public, State of New York
No 44-4650424
Qualified in Rockland County
My Commission Expires Nov. 30, 2013

**ACKNOWLEDGEMENT BY SUBSCRIBING WITNESS TAKEN IN NEW YORK STATE**

State of New York, County of          , ss:
On the      day of      in the year      , before me, the undersigned, a Notary Public in and for said State, personally appeared      , the subscribing witness to the foregoing instrument, with whom I am personally acquainted, who, being by me duly sworn, did depose and say that he/she/they reside(s) in

(if the place of residence is in a city, include the street and street number if any, thereof); that he/she/they know(s)

to be the individual described in and who executed the foregoing instrument; that said subscribing witness was present and saw said

execute the same; and that said witness at the same time subscribed his/her/their name(s) as a witness thereto

# Quitclaim Deed

**Title No.**

MUSHREF ABBOUND AND
FARIDEH ABBOUD
TO
LATHAM ABBOUD
DEMA ABBOUD AND
JAAD ABBOUD

---

**ACKNOWLEDGEMENT TAKEN IN NEW YORK STATE**

State of New York, County of        , ss:

On the      day of      in the year      , before me, the undersigned, personally appeared

, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

**ACKNOWLEDGEMENT TAKEN OUTSIDE NEW YORK STATE**

*State of        , County of        , ss:
*(Or insert District of Columbia, Territory, Possession or Foreign County)

On the      day of      in the year      , before me        the undersigned personally appeared

Personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in  his/her/their capacity(ies),  that by his/her/their signature(s) on the instrument, the individual(s) or the person upon behalf of which the individual(s) acted, executed the instrument, and that such individual make such appearance before the undersigned in the

(add the city or political subdivision and the state or country or other place the acknowledgement was taken).

SECTION: 5

BLOCK: 5190

LOT: 1 & 2

COUNTY OR TOWN: Westchester

**RETURN BY MAIL TO:**

---

**DISTRIBUTED BY**



YOUR TITLE EXPERTS
The Judicial Title Insurance Agency LLC
800-281-TITLE (8485)  FAX: 800-FAX-9396

Greenlight Title Agency LLC
   399 Knollwood Road, Suite 203
   White Plains, New York 10603
Ph: (914) 428-4111 Fax: (914) 428-4141