UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:

     DEMA ABBOUD,                                            Chapter 13
                                                            Case No. 24-22475

     Debtor,

-----------------------------------------------------------X

## **REPLY TO THE TRUSTEE'S OPPOSITION REGARDING CONVERSION FROM CHAPTER 7 TO CHAPTER 13**

William W. Waldner, Esq., duly authorized to practice law before the Courts of New York, respectfully submits the following:

1. I represent Dema Abboud, the Chapter 13 Debtor (the "**Debtor**"). The Debtor has filed the instant motion to convert her Chapter 7 case to Chapter 13 to protect her family's home from being sold under Chapter 7.

2. The Trustee has opposed this conversion, suggesting that the Debtor acted in bad faith by failing to list a prior ownership interest in her family's real property located at 677 Kimball Avenue, Yonkers, New York (the "**Property**"). The Debtor was unaware of any such ownership interest, as evidenced in **Exhibit A**.

3. The Trustee estimates the Property's value at $1,000,000, yet a valuation from Realtor.com indicates a Quantarium estimate of $725,972. Other estimates from Trulia and Zillow place the Property's value at $829,700 and $824,500, respectively (**Exhibit B**).

4. Assuming the Trustee brings a portion of the Property into the bankruptcy estate, the Debtor will claim her $204,825 homestead exemption. After accounting for the mortgage payoff of $378,673.29, minimal or no equity would remain for creditors in Chapter 7. Based on a value of $830,000, subtracting the mortgage leaves $451,326.71. Even if the Trustee could bring the Debtor's half-interest into the estate, only $225,663.35 would be available. After administrative costs, little, if any, would be left for creditors.

5. Based on this analysis, the Debtor would need only to pay a nominal amount over three years to the Chapter 13 Trustee to obtain a discharge.

6. The Debtor is actively seeking employment and hopes to find a job soon, enabling her to pay a portion of her debts under a Chapter 13 plan (**Exhibit A**).

Wherefore, based on the foregoing, the Debtor respectfully requests that the Court grant the motion to convert to Chapter 13 and provide such other and further relief as the Court deems just and proper.

Dated: September 10, 2024
New York, New York

/s/ William Waldner
William Waldner
469 7th Avenue, 12th Floor
New York, NY 10018
212-244-2882
willwaldner@gmail.com

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
_____X
In Re:                                      Ch. 7 Case no: 24-22475

Dema Abboud,

                Debtor.
_____X

## **DEBTOR'S AFFIDAVIT**

I, Dema Abboud, declare under penalty of perjury as follows:

I moved back to 677 Kimble Avenue in August 2023, so I have resided at this address for one year. During this time, I have lived as a tenant and have never paid any household bills or expenses, nor have I received or been entitled to any financial proceeds or benefits related to the property.

The first set of documents I signed and had notarized was in February or March 2023, while I was living in the city. At that time, it was difficult for me to travel to the attorney's office. My understanding was that my name was included on the documents as a formality and that this was a precautionary measure intended to protect the house in case something happened to my parents or brothers. I did not fully comprehend the nature or implications of what I was signing.

In September 2023, my parents retained a new attorney due to concerns with the previous attorney's work. Since I was living in Westchester by then, I went to the new attorney's office to sign a corrected set of documents. The attorney was not present during this visit; instead, I dealt with the attorney's assistant. I believe the second set of documents was not notarized.

At no point did I intend to assume or transfer any ownership interest in the property, nor did I understand that such a transfer may have occurred.

I make this statement to clarify my lack of intent or understanding regarding any transfer of ownership of the property at 677 Kimble Avenue.

I am currently looking for work and expect to have a job in the next week or so. With the money from my employment I am confident that I will be able to pay my costs of living and any chapter 13 payments during the chapter 13 36 or 60 month plan.

*Dema Abboud*

Dated: New York, New York
September 11, 2014 ~~2014~~ 2024

9/11/24

*Jonathan R Baptiste*



JONATHAN R BAPTISTE
NOTARY PUBLIC
ID Number
01BA6279496
Comm. Expires
May 06, 2025
QUALIFIED IN ORANGE COUNTY
STATE OF NEW YORK

**EXHIBIT B**

   

-- bd | 1 ba | 2,862 sqft

677 Kimball Ave, Yonkers, NY 10704

**Off market**

Zestimate®: **$824,500** | Rent Zestimate®: **$2,465**

Est. refi payment: $5,262/mo   **Refinance your loan**

**Home value** | Owner tools | Home details | Neighborhood details

 **Tap into your home's equity**
Zillow makes it simple to explore your cash-out refinance options.

**Start now**

Zillow Group Marketplace, Inc. NMLS #1303160

1 of 6

## Home value



Zestimate

# $824,500

 Zestimate range
**$717,000 - $948,000**

 Last 30-day change
**- $20,640** (-2.4%)

 Zestimate per sqft
**$288**

trulia

Buy　　Rent　　Mortgage　　Saved Homes　　Saved Searches

← Back to Search　　Sold  >  [NY](#)  >  [Yonkers](#)  >  [10704](#)  >  677 Kimball Ave

# 677 Kimball Ave

Yonkers, NY 10704　[Kimball](#)

Studio　　1 Bath　　2,862 sqft

## $829,700

Trulia Estimate ⓘ
as of Aug 26, 2024

Est. Refi. Payment $5,057/mo*

💲 **Refinance Your Home**

## Homes for Sale Near 677 Kimball Ave



**$890,000**
🛏 8bd  🛁 3ba
761 E 228th St #9,
Bronx, NY 10466
LISTING BY: OKAFOR HILLARY O

**$129,999**
🛏 1bd  🛁 1ba  📐 564 sqft
3130 Grand Concourse #1R,
Bronx, NY 10458
LISTING BY: PANTIGA GROUP

**$650,000** ↓
🛏 2bd  🛁 2ba  📐 1,093 sqft
460 W 236th St #4A,
Bronx, NY 10463
LISTING BY: RE/MAX IN THE CITY

## Local Information

**Map**   Schools   Shop & Eat



 -- mins to [Commute Destination](#)

## Description

**This property is not currently for sale or for rent on Trulia. The description and property data below may have been provided by a third party, the homeowner or public records.**

This apartment is located at 677 Kimball Ave, Yonkers, NY. 677 Kimball Ave is in the Kimball neighborhood in Yonkers, NY and in ZIP code 10704. This property has 1 bathroom and approximately 2,862 sqft of floor space. This property has a lot size of 4791 sqft and was built in