```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
In re:                                          :       Chapter 7
                                                :
DEMA ABBOUD,                                    :       Case No. 24-22475 (SHL)
                                                :
                    Debtor.                     :
------------------------------------------------------------ x
```

## ORDER DENYING DEMA ABBOUD'S
## MOTION TO CONVERT CHAPTER 7 CASE TO CHAPTER 13

Upon the motion (the "Motion") dated July 16, 2024, of Dema Abboud (the "Debtor") for an order converting this case under chapter 7 to chapter 13 of title 11 of the United States Code (the "Bankruptcy Code"); the objection to the Motion filed by Howard P. Magaliff, the chapter 7 trustee (the "Trustee") of the Debtor's estate (the "Trustee's Objection"); and the Debtor's reply to the Trustee's Objection (the "Debtor's Reply" or the "Objection"); and the Court having conduced a hearing on September 18, 2024 (the "Hearing"); and after consideration of the Motion, the Trustee's Objection, the Debtor's Reply and the arguments of counsel at the Hearing, and due deliberation, it is

**ORDERED** that ~~the Objection is overruled and~~ *[SHL]* the Motion is DENIED in its entirety for the reasons set forth on the record at the Hearing.

Dated:   White Plains, New York
         October 31, 2024              */s/ Sean H. Lane*
                                       United States Bankruptcy Judge