UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------
IN RE:

    DEMA ABBOUD,        Ch. 7 case: 24-22475

                      Debtors
---------------------------------------------------------------

## CERTIFICATE OF NO OBJECTION

**PLEASE TAKE NOTICE,** that undersigned hereby certifies that, as of the date hereof:

1. On November 13, 2024, the motion titled "Motion to Withdraw as Attorney" (Doc. #34) was filed and served as reflected in the Certificate of Service (Doc. #36) filed on the docket.

2. The undersigned certifies that no objection, request for a hearing, or other responsive pleading to the Motion has been filed or served before forty-eight (48) hours after the expiration of the time to file an objection. The undersigned further certifies that at the time this certificate was filed no such answer, objection, or other responsive pleading appears on the docket.

3. Pursuant to the Notice of Motion, objections were to be filed and served no later than November 26, 2024. This certification is being filed more than 48 hours after that deadline.

4. In accordance with Local Bankruptcy Rule 9075-2, the undersigned respectfully requests that the Court grant the Motion without the need for a hearing, as no objections or responses have been filed or served in opposition to the Motion.

Dated:  New York, New York
          November 30, 2024

                                              /s/ William Waldner
                                              William Waldner, Esq.
                                              469 Seventh Avenue
                                              Twelfth Floor
                                              New York, New York 10018